IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRAVELER'S PROPERTY CASUALTY COMPANY OF AMERICA, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:11-cv-0236-AT |
| v. | : : | |
| JUSTIN MAURICE MOORE, WILLIE THACKSTON, THE ESTATE OF BRANDON THOMAS, and BRANDY THOMAS, surviving spouse of Brandon Thomas, deceased, | : : : : : : | |
| Defendants. | : | |

## ORDER

This matter is set for trial on December 3, 2012. Defendants Willie Thackston, the Estate of Brandon Thomas, and Brandy Thomas, surviving spouse of Brandon Thomas, have filed a motion seeking an order to compel Defendant Justin Maurice Moore to appear at trial [Doc. 75]. Plaintiff Traveler's Property Casualty Company of America has indicated it does not oppose the motion. Defendant Moore is incarcerated at Hays State Prison in Trion, GA.

Defendant Justin Maurice Moore is hereby **COMPELLED** to appear for trial beginning at 10:00 AM on December 3, 2012, and for subsequent dates as necessary, in Courtroom 2308 of the United States District Courthouse in the

Richard B. Russell Federal Building located at 75 Spring Street, SW, Atlanta, GA 30303.  The Georgia Department of Corrections is to permit his transport to and from the United States District Courthouse.

It is **SO ORDERED** this 27th day of November, 2012.


**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**